IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Emmanuel Kwaku Boamah,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

Case Number: 1:16cv1154

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation and the Supplemental Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 24, 2017 and September 5, 2017 (Doc. 18 and 20 respectively), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 19, 2017, hereby ADOPTS said Report and Recommendation.

The mail was returned as Undeliverable due to the plaintiff being deported on September 20, 2017.

Accordingly, since the petitioner has been removed , the Court ORDERS that respondent's motion to dismiss (Doc. 19) is GRANTED and the petition is DISMISSED. Respondent's March 13, 2017, motion to dismiss the petition as duplicative (Doc. 7) is DENIED AS MOOT.

IT IS SO ORDERED.

                                                                  Judge Susan J. Dlott
                                                                  United States District Court